UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Brian Tinker,                          :
        Plaintiff,                     :
                                       :
        v.                             : Civil Action No. 2:18-cv-12
                                       :
Lisa Menard, Commissioner of the:
Vermont Department of                  :
Corrections, Vermont Department :
of Corrections,                        :
                                       :
        Defendants.                    :

ORDER

The Report and Recommendation of the United States Magistrate

Judge was filed January 30, 2018.  On February 2, 2018, counsel

for Plaintiff responded that a hearing under Fed. R. Civ. P. 65(a)

was not required in this matter.

After careful review of the file and the Magistrate Judge's

Report and Recommendation, no objections having been filed by any

party, this Court ADOPTS the Magistrate Judge's recommendations

in full for the reasons stated in the Report.

Tinker's Motion for a Temporary Restraining Order (Doc. 6)

is **DENIED.**

Dated at Burlington, in the District of Vermont, this 26th

day of February, 2018.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              District Court Judge