UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BRIAN TINKER, | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 2:18-CV-12 |
| | : |
| LISA MENARD, COMMISSIONER OF | : |
| THE VERMONT DEPARTMENT OF | : |
| CORRECTIONS, | : |
| VERMONT DEPARTMENT OF | : |
| CORRECTIONS, | : |
| Defendants. | : |

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed July 25, 2018. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' Motion to Dimiss (Doc. 12) is GRANTED.

Case Closed.

Dated at Burlington, in the District of Vermont, this 14th day of August, 2018.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge